427 A.2d 1227

Commonwealth v. Miller, L., Appellant.

Submitted September 13, 1979.   Harris S. Pasline, for appellant;  John Gallagher, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.

427 A.2d 1228

Commonwealth v. Miller, R., Appellant.
Reargument Denied July 8, 1980.

Argued November 12, 1979.   John J. Dirienzo, Jr., for appellant;  C. Gregory Frantz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.

* Judge Donald E. Wieand is sitting by special designation.